19 So.2d 365

### Jack GRIFFITH v. STATE.

2 Div. 207.

Supreme Court of Alabama.

Oct. 5, 1944.

E. W. Pettus, of Selma, and C. L. Hybart, of Monroeville, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Jack Griffith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Griffith v. State, 31 Ala.App. 511, 19 So.2d 364.

Writ denied.

FOSTER, LIVINGSTON, STAKELY, and SIMPSON, JJ., concur.